FRED S. JACKSON, Respondent, v. CHARLES W. STRONG, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Judicial Settlement of the Accounts of ROBERT F. SCHELLING, as Executor, etc., of the Will of ELIZABETH LATOUR, Deceased, Respondent. MINNIE A. LATOUR, as Executrix, etc., Appellant.— Decree affirmed, with costs. All concurred.

ADAM HAAG, Appellant, v. EUGENE D. HOFELLER, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Intermediate Accounting of WILLIAM O'CONNOR, as Committee of MILDRED O'CONNOR, an Incompetent Person, Appellant. CLARENCE E. WILLIAMS, Special Guardian of MILDRED O'CONNOR, and the MARYLAND CASUALTY COMPANY, Respondents.— Order modified so as to allow the item of $100 which was paid to Wickwire, and as so modified affirmed, without costs of this appeal to either party. All concurred.

JAMES D. HARRIS, for Himself, etc., Appellant, v. WILLIS P. ROGERS and Others, Respondents.— Motion for leave to argue separately so much of the appeal as raises questions of law only denied. Motion to dismiss appeal held until argument of appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IDA MULKINS, Appellant, v. GEORGE A. JIMERSON and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Intermediate Judicial Settlement of the Accounts of JOHN T. MOTT and Others, as Executors, etc., of WARDWELL G. ROBINSON, Deceased.— Motion for leave to file additional affidavits in opposition to motion to dismiss appeal granted. Motion to dismiss appeal denied.

ELLA R. CASTLE, Respondent, v. JAMES C. CASTLE, Appellant.— Motion granted and appeal dismissed, with costs.

THOMAS MORRIS, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Admitted to Practice as Attorneys and Counselors at Law, at March Term, 1919, upon Examination: LEONARD F. HERZOG, of Syracuse; SIDNEY N. ELSNER, of Buffalo; RUTH B. GARRETSEE, of Lancaster; VICTOR L. KLEE, of Olean; MICHAEL T. SULLIVAN, of Buffalo; EDWARD T. WILBER, of Syracuse; BENJAMIN E. SHOVE, of Syracuse; HAROLD H. MACBRIDE, of Onondaga Valley; DENIS C. HARRINGTON, of Buffalo; FRANK J. RYAN, of Olean; GEORGE F. PHILLIPS, of Buffalo; DON C. ALLEN, of Rochester; FREDERICK G. HAZARD, of Utica; HOWARD SEXTON, of Utica; JOHN F. CONNELLY, of Buffalo; IRVING H. KENNEDY, of Buffalo; LYLE A. FINDLAY, of Buffalo; WILBUR F. CHAPMAN, of Ithaca; WALTER S. FORSYTH, of Rochester; FRANCIS J. MALONEY, of Buffalo.

Upon Credentials from State of Pennsylvania: JOHN W. MCCRACKEN, of Rochester.